RECEIVED
IN MONROE, LA

MAY 1 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

KAI LATRENT BURRELL, ET AL.          CIVIL ACTION NO. 07-0121

VERSUS                               JUDGE ROBERT G. JAMES

U.S. DEPT. AGRICULTURE, ET AL.       MAG. JUDGE MARK L. HORNSBY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 28], no objections having been filed, and finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants Fleming Lake Investments, Inc.'s and Robert Dettenhaim's Motion to Dismiss [Doc. No. 10] is GRANTED, and Plaintiffs' claims against Defendants Fleming Lake Investments, Inc. and Robert Dettenhaim are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted.

MONROE, LOUISIANA, this 18 day of May, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE